1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by and through his guardian ad litem, Jessica DeVita, et al.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Oliver Angus, et al.<br><br>　　　　　　　Defendant. | CASE NO. 4:25-MC-80096-KAW<br>*Assigned for all purposes to the Honorable Kandis A. Westmore*<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER MATTER TO CENTRAL DISTRICT**<br><br>[*Filed concurrently herewith: Jt Stip*]<br><br>Motion Filed: April 25, 2025<br>Hearing Date: Unassigned |

i
**ORDER GRANTING JOINT STIPULATION TO TRANSFER MATTER TO CENTRAL DISTRICT**

# ORDER

The Court, having considered the Joint Stipulation to Transfer Matter to Central District, the documents on file in this case, and good cause appearing, IT IS HEREBY ORDERED THAT:

This motion is GRANTED. The matter is transferred from the Northern District of California to the Central District of California.

IT IS SO ORDERED.

Dated: June 9, 2025

_____
The Honorable Kandis A. Westmore
United States Magistrate Judge